IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shawn Patrick Krieger,

    Plaintiff,

  v.                              Case No. 2:12-cv-884

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

    Defendant.

ORDER

    This matter is before the court for consideration of the July 22, 2013, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the plaintiff's statement of errors be overruled and that the court enter judgment in favor of the Commissioner.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to have the district judge review the Report and Recommendation _de novo_, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 22, p. 17. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

    The court has reviewed the report and recommendation of the magistrate judge. Noting that no objections have been filed and that the time for filing such objections has expired, the court adopts the report and recommendation of the magistrate judge (Doc.

22). Accordingly, the court overrules plaintiff's statement of errors. The court affirms the Commissioner of Social Security's non-disability finding and this action is dismissed. The clerk is directed to enter judgment in favor of the Commissioner of Social Security.

Date: August 20, 2013                s/James L. Graham
                                     James L. Graham
                                     United States District Judge